Roy M. COHN, Appellant,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Appellee.

No. 492, Docket 32618.

United States Court of Appeals
Second Circuit.

Argued May 22, 1969.

Decided May 22, 1969.

John A. Santospirito, New York City
(Saxe, Bacon & Bolan, New York City,
on the brief), for appellant.

Loring W. Post, Department of Jus-
tice, Washington, D. C. (Johnnie M.
Walters, Asst. Atty. Gen., Lee A. Jackson
and Meyer Rothwacks, Attys., Washing-
ton, D. C., on the brief), for appellee.

Before LUMBARD, Chief Judge,
FEINBERG, Circuit Judge, and TIM-
BERS, District Judge.*

PER CURIAM:

Taxpayer appeals from an unreported
decision of the Tax Court, Arnold Raum,
J., which held that the sum of $27,247 re-
ceived by taxpayer in 1958 was compen-
sation for services as a co-executor
rather than a gift. The same issue on
substantially the same evidence had been
similarly decided in a suit for a refund
on behalf of taxpayer's co-executor in
the United States District Court for the
Southern District of New York. Frank
v. United States, 260 F.Supp. 691 (S.D.
N.Y.1966). We affirm on the opinion
of the Tax Court.

* Chief Judge of the District of Connecticut,
sitting by designation.

Panagiotis KOTSOPOULOS, Plaintiff-
Appellant-Appellee,

v.

ASTURIA SHIPPING CO., S. A., Hadji-
lias & Co., Ltd., and S/T MERCURY,
her engines, etc., Defendants-Appellees-
Appellants.

Stavros REPOUSKOS, Plaintiff-Appellee,

v.

ASTURIA SHIPPING CO., S. A., Hadji-
lias & Co., Ltd., and S/T Mercury, her
engines, etc., Defendants-Appellants.

Nos. 598–600, Dockets 33063, 33064, 33066.

United States Court of Appeals
Second Circuit.

Argued May 20, 1969.

Decided May 22, 1969.

Paul C. Matthews, New York City, for
plaintiff-appellant-appellee Kotsopoulos
and plaintiff-appellee Repouskos.

Thomas J. Doyle, New York City
(Cichanowicz & Callan, Victor S. Cichan-
owicz and Herbert J. Kaplow, New York
City, on the brief), for defendants-ap-
pellees-appellants.

Before LUMBARD, Chief Judge,
FEINBERG, Circuit Judge, and TIM-
BERS, District Judge.*

PER CURIAM:

We affirm the judgments of the Dis-
trict Court which awarded damages of
$52,500 to Panagiotis Kotsopoulos and
$20,000 to Stavros Repouskos, and also
the order of the District Court which
denied the motion for an order declining
jurisdiction in both cases, 240 F.Supp.
124.

* Sitting by designation.